# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 6-989-229**

**Effective date of registration:**

October 27, 2009

---

## Title
**Title of Work:** MuPDF v 20070105

## Completion/ Publication
**Year of Completion:** 2007
**Date of 1st Publication:** January 5, 2007    **Nation of 1st Publication:** United States

## Author
**Author:** Artifex Software Inc.
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Artifex Software Inc.
7 Mt. Lassen Drive. A- 134., San Rafael, California, 94903

## Limitation of copyright claim
**Material excluded from this claim:** Previous versions
**Previously registered:** No
**New material included in claim:** Revisions and additional text of computer program

## Certification
**Name:** Miles Jones
**Date:** October 26, 2009