UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Artifex Software Inc.

        Plaintiff(s),

v.

Palm Inc.

        Defendant(s).

No. C V 09 5679 RS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 12/16/09

Signature: [signature]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")