1  DURIE TANGRI LLP
   Ragesh K Tangri (S.B. #159477)
2   rtangri@durietangri.com
   Michael H. Page (S.B. #154913)
3   mpage@durietangri.com
   Joseph C. Gratz (S.B. #240676)
4   jgratz@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA  94111
   Tel: (415) 362-6666 / Fax: (415) 236-6300
6
   Attorneys for Defendant PALM, INC.
7

8  O'MELVENY & MYERS LLP
   DARIN W. SNYDER (S.B. #136003)
9   dsnyder@omm.com
   LUANN L. SIMMONS (S.B. #203526)
10  lsimmons@omm.com
   Two Embarcadero Center, 28th Floor
11 San Francisco, CA 9411-3823
   Tel:    (415) 984-8700 / Fax: (415) 984-8701
12
   Attorneys for Plaintiff ARTIFEX SOFTWARE INC.
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                              SAN JOSE DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE INC., a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>PALM, INC., a Delaware corporation,<br><br>              Defendants. | Case No. CV-05679-JF<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND [PROPOSED] ORDER THEREON** |

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
AND [PROPOSED] ORDER THEREON
CV-05679-JF**

1  WHEREAS, Defendant's response to Plaintiff's complaint is currently due December 23, 2009;

3  WHEREAS, Defendant recently retained counsel and therefore requires additional time to answer or otherwise respond to Plaintiff's complaint;

5  WHEREAS, counsel conferred and agreed that Defendant may extend the time within which to file its response to Plaintiff's complaint;

7  WHEREAS, there have been no previously-requested time modifications in this case;

8  WHEREAS, a 30-day extension of time to answer or otherwise respond to Plaintiff's complaint will not alter the date of any event or any deadline already fixed by Court order;

10  IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, as follows:

12  The time for Defendant Palm, Inc. to answer or otherwise respond to Plaintiff's complaint shall be extended 30 days, up to and including January 22, 2010.

14  SO STIPULATED this 23rd day of December, 2009:

DURIE TANGRI LLP

By: */s/Ragesh K. Tangri*
    Joseph C. Gratz
    Michael H. Page
    Ragesh K. Tangri

Attorneys for *Palm, Inc.*

O'MELVENY & MYERS LLP

By: */s/ Darin W. Snyder*
    Darin W. Snyder
    Luann L. Simmons

Attorneys for *Artifex Software Inc.*

1
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
**AND [PROPOSED] ORDER THEREON**
**CV-05679-JF**

## ATTESTATION

Pursuant to General Order No. 45 Section X (B) regarding signature I, Ragesh K. Tangri, attest that concurrence in the filing of this documents has been obtained.

By:   */s/Ragesh K. Tangri*
      Ragesh K. Tangri

IT IS SO ORDERED.

DATED:_____     By:_____
                                                               HONORABLE JEREMY FOGEL
                                                              UNITED STATES DISTRICT JUDGE