## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, April 2, 2010     Time: 2 mins
**Case Number:** CV-09-5679-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **ARTIFEX SOFTWARE INC. V. PALM INC.**

            **PLAINTIFF**                    **DEFENDANT**

  **Attorneys Present:** Darin Snyder     **Attorneys Present:** Joseph Gratz, Ragesh Tangri

---

PROCEEDINGS:
   Case management conference held. Parties are present. The Court adopts the proposed case schedule. The Court sets the case for jury selection on 2/18/11 at 1:30 p.m. and pretrial conference on 2/4/11 at 11:00 a.m.