# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Artifex Software, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Palm. Inc., <br><br> Defendant(s). | No. C 09-05679 JF MED <br><br> **Certification of ADR Session** |

***Instructions:*** *The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make **ANY** additional comments on this page - simply fill in the blanks and check the appropriate boxes.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) May 19, 2010

2. Did the case settle?

   ☐ Yes, fully.

   ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

   ☐ Yes, partially, and further facilitated discussions are *not* expected.

   ☑ No, and further facilitated discussions are expected. (see no. 3, below)

   ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? Aug 1, 2010

4. IS THIS ADR PROCESS COMPLETE? ☑ YES  ☐ NO

Dated: May 19, 2010

Mediator, A. James Isbester
Townsend Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111