DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
HARRISON A. WHITMAN (S.B. #261008)
hwhitman@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Plaintiff
Artifex Software Inc.

RAGESH K. TANGRI (S.B. #159477)
rtangri@durietangri.com
JOSEPH C. GRATZ (S.B. #240676)
jgratz@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  (415) 362-6666
Facsimile:  (415) 236-6300

Attorneys for Defendant
Palm Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PALM INC., a Delaware corporation,<br><br>Defendant. | **Case No. 5:09-cv-05679-JF**<br><br>**STIPULATION REGARDING DISCOVERY SCHEDULE** |

**STIPULATION**

Plaintiff Artifex Software Inc. ("Artifex"), on the one hand, and defendant Palm Inc. ("Palm") on the other hand, by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, the parties submitted a proposed case schedule in their joint 26(f) report (Docket No. 18);

WHEREAS, the Court adopted the proposed schedule (Docket No. 20);

WHEREAS, the parties have been engaged in discussions in an effort to resolve this matter, including participation in an Early Neutral Evaluation pursuant to this Court's ADR Rules;

WHEREAS, the parties engaged in only limited discovery during the pendency of their discussions;

WHEREAS, the parties are still engaged in discussions in an effort to resolve this matter;

NOW THEREFORE, the parties, through their respective counsel of record, agree and stipulate to:

(a) extend merits discovery until September 17, 2010;

(b) set expert disclosures for October 18, 2010;

(c) set expert rebuttal reports for November 16, 2010;

(d) set expert discovery cutoff for December 8, 2010;

(e) all other dates set in the Court's Order (Docket No. 20) remain the same.

| | | |
|---|---|---|
| 1 | Dated: August 17, 2010 | DARIN W. SNYDER<br>O'MELVENY & MYERS, LLP |

By:   /s/ Darin W. Snyder
       Darin W. Snyder
       Attorneys for Artifex Software Inc.

Dated: August 17, 2010       RAGESH K. TANGRI
       DURIE TANGRI LLP

By:   /s/ Ragesh K. Tangri
       Ragesh K. Tangri
       Attorneys for Palm Inc.

## **ATTESTATION**

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Ragesh K. Tangri.

By:  /s/ Darin W. Snyder
       Darin W. Snyder

DATED: _____

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

2