1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  LUANN L. SIMMONS (S.B. #203526)
   lsimmons@omm.com
3  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
4  HARRISON A. WHITMAN (S.B. #261008)
   hwhitman@omm.com
5  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
6  San Francisco, CA  94111-3823
   Telephone:  (415) 984-8700
7  Facsimile:  (415) 984-8701

8  Attorneys for Plaintiff
   Artifex Software Inc.
9
   RAGESH K. TANGRI (S.B. #159477)
10 rtangri@durietangri.com
   JOSEPH C. GRATZ (S.B. #240676)
11 jgratz@durietangri.com
   DURIE TANGRI LLP
12 217 Leidesdorff Street
   San Francisco, CA 94111
13 Telephone:  (415) 362-6666
   Facsimile:  (415) 236-6300
14
   Attorneys for Defendant
15 Palm Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARTIFEX SOFTWARE INC., a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>PALM INC., a Delaware corporation,<br><br>              Defendant. | **Case No. 5:09-cv-05679-JF**<br><br>**STIPULATION REGARDING DISCOVERY SCHEDULE** |

## **STIPULATION**

Plaintiff Artifex Software Inc. ("Artifex"), on the one hand, and defendant Palm Inc. ("Palm") on the other hand, by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, the parties filed a stipulation to extend discovery on August 17, 2010 (Docket No. 22);

WHEREAS, the Court approved of the new schedule on August 24, 2010 (Docket No. 23);

WHEREAS, the parties have engaged in repeated discussions in an effort to resolve this matter;

WHEREAS, the parties engaged in only limited discovery during the pendency of their discussions;

WHEREAS, the parties are still engaged in discussions in an effort to resolve this matter;

NOW THEREFORE, the parties, through their respective counsel of record, request that the Court adjust the case schedule as follows subject to the following requested dates being consistent with the Court's schedule:

(a) extend merits discovery until December 17, 2010;

(b) set expert disclosures for February 4, 2011;

(c) set expert rebuttal reports for March 4, 2011;

(d) set expert discovery cutoff for April 15, 2011;

(e) set last day to file dispositive motions for April 26, 2011;

(f) set pre-trial conference for May 24, 2011;

1    (g) commence trial on June 6, 2011.

3    Dated: September 30, 2010    DARIN W. SNYDER
                                              O'MELVENY & MYERS, LLP

                                              By:    /s/ Darin W. Snyder
                                                           Darin W. Snyder
                                              Attorneys for Artifex Software Inc.

Dated: September 30, 2010    RAGESH K. TANGRI
                                              DURIE TANGRI LLP

                                              By:    /s/ Ragesh K. Tangri
                                                          Ragesh K. Tangri
                                              Attorneys for Palm Inc.

## **ATTESTATION**

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Ragesh K. Tangri.

                                              By:  /s/ Darin W. Snyder
                                                              Darin W. Snyder

DATED: _____

                                    IT IS SO ORDERED.

                                  _____

                                UNITED STATES DISTRICT COURT JUDGE