DARIN W. SNYDER (S.B. #136003)
  dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526)
  lsimmons@omm.com
HARRISON A. WHITMAN (S.B. #261008)
  hwhitman@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
Artifex Software Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE INC., a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>PALM INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 5:09-cv-05679-JF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Artifex Software Inc. ("Artifex") voluntarily dismisses the above-captioned matter with prejudice—each side to bear its own attorneys' fees and costs.

Dated: February 7, 2011

DARIN W. SNYDER
O'MELVENY & MYERS LLP

By: _/s/ Darin W. Snyder_____
    Darin W. Snyder
Attorneys for Plaintiff
Artifex Software Inc.